**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Kimberly McCullough
              Plaintiff

         CIVIL ACTION

    V.

         NO.12-cv-10212 NMG

Total Card, Inc. et al.
              Defendants

**ORDER OF DISMISSAL**

GORTON, D. J.

In accordance with the Notice of Voluntary Dismissal dated 3/12/2012, (Docket No. 5), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice and without costs.

                                      By the Court,

3/12/2012                          /s/ Kellyann Moore
  Date                                 Deputy Clerk